NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**RAYMOND E. STAUFFER,**
*Plaintiff-Appellant,*

v.

**BROOKS BROTHERS, INC., AND RETAIL BRAND ALLIANCE, INC.,**
*Defendants-Appellees,*

AND

**UNITED STATES,**
*Intervenor-Appellee.*

---

2013-1180

---

Appeal from the United States District Court for the Southern District of New York in No. 08-CV-10369, Judge Sidney H. Stein.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition for a stay of the briefing schedule in light of the lapse of appropriations.  Brooks Brothers, Inc. and Retail Brand Alliance,

STAUFFER V. BROOKS BROTHERS, INC.                                    2

Inc. move for a stay to coincide with the United States' briefing schedule. Raymond E. Stauffer opposes Brooks Brothers, Inc., et al.'s motion for a stay.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted to the extent that the appellees' briefs are due within 21 days of the date of filing of this order.

FOR THE COURT


 /s/  Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s21